IN RE:                                          Case No:   08-45591-DML

**Brian Shea Linder  & Andrea Leigh Linder**

**Debtor(s)**

## TRUSTEE'S PROFFER RESPECTING CONFIRMATION

The Trustee scheduled a prehearing on the Plan in this case on February 13, 2009.  The Trustee reviewed at the prehearing all evidence necessary to ensure the accuracy of this report.  If there was/were objection(s) to confirmation, the objection(s) was/were resolved, and any modifications in aid of such resolution(s) are consistent with 11 U.S.C. Section 1323.

1. The Plan complies with the provisions of Chapter 13 and Title 11.

    ( X )    Yes                    (    )    No

    If no, the following was not complied with:

2. Any fee, charge, or amount required under Chapter 123 of Title 28 or by the Plan to be paid before Confirmation, has been paid.

    ( X )    Yes                    (    )    No

3. The Plan has been proposed in good faith and not by any means forbidden by law.

    ( X )    Yes                    (    )    No

4. Unsecured creditors will receive no less than the amount they would in Chapter 7 liquidation. General unsecured creditors will receive a pro rata share of the greater of the Unsecured Creditors' Pool of $36,000.00 or debtor's(s') equity in Non-Exempt property of $0.00.  A calculation showing no unfair discrimination in favor of any special class is attached as an exhibit, if applicable.

5. All secured creditors have either accepted the Plan, will receive property equal in value to their claim, or debtor(s) will surrender the property securing the claim to the creditor.  Details are shown on the Final Plan dated December 5, 2008.

6. The debtor(s) will be able to make all payments under the Plan and comply with the Plan, (feasibility).

    ( X )    Yes                    (    )    No

7. The action of the debtor(s) in filing the petition was in good faith.

8. If Debtor has domestic support obligations, Debtor has filed a certificate pursuant to General Order 2007-02 paragraph 17b and section 1325 (a)(8) of the Bankruptcy Code that all amounts due post-petition are current.

9. The debtor(s) has/have filed all applicable Federal, state, and local tax returns as required by section 1308.

10. See attached Trustee's calculation of Disposable Income and Unsecured Creditors' Pool.

11. Debtor's(s') proposed monthly plan payment(s) are:

TO THE TRUSTEE THE SUM OF $800.00 PER MONTH FOR 60
MONTHS FOR A TOTAL OF $48,000.00.

Plan Base          $          $48,000.00

Date: 04/08/2009

Tim Truman, Trustee, State Bar # 2025800
John Spicer, Attorney, State Bar # 18930500
Angela Allen, Attorney, State Bar # 00786970

Prepared by: Cynthia Conte
Audited by:

# ABOVE MEDIAN DISPOSABLE INCOME WORKSHEET
## (60 month Applicable Committment Period)

| | | | |
|---|---|---|---|
| **Case Number:** | 08-45591 | **Section 341 Date:** | **1/6/2009** |
| **Debtor:** | LINDER | **Confirmation Date:** | **2/13/2009** |

| | | |
|---|---|---|
| Gross Income Per Schedule "I" | $50,552.00 | $50,552.00 |
| | | |
| Expenses Per Schedule Line 57: | $9,049.54 | $9,049.54 |
| | | |
| **Business Expenses Per Schedule J** | | |
| | $42,939.66 | $42,939.66 |
| | $0.00 | $0.00 |
| **Add Backs to the CMI expenses** | | |
| | | |
| | $0.00 | $0.00 |
| | $0.00 | $0.00 |
| | | $0.00 |
| | | $0.00 |
| | | $0.00 |
| | | $0.00 |
| | | $0.00 |
| | | |
| Attorney Fees in Plan : (if not included on CMI) | 60 | $0.00 |
| | | |
| **Monthly Disposable Income (DI):** | | -$1,437.20 |
| **Unsecured Creditors' Pool (DI x 60 ACP):** | | 0.00 |

Presiding Officer.    *Bonnie Hanes*